## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| 425 Third Street, SW, Suite 800 | ) | |
| Washington, DC 20024, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| The Executive Office | ) | |
| Office of the Legal Adviser, Room 5519 | ) | |
| 2201 C Street, N.W. | ) | |
| Washington, D.C.  20520, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendant U.S. Department of State to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.      Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street S.W., Suite 800, Washington, DC 20024.  Plaintiff seeks to promote transparency, accountability, and integrity in government and fidelity to the rule of law.  As part of its mission, Plaintiff regularly requests records

from federal agencies pursuant to FOIA.  Plaintiff analyzes the responses and disseminates its findings

and the requested records to the American public to inform them about "what their government is up to."

4.       Defendant U.S. Department of State is an agency of the United States Government and

has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.       On February 9, 2016, Plaintiff submitted a FOIA request to Defendant, by facsimile and

certified mail, seeking any and all records about the processing of a December 2012 FOIA request filed

by Citizens for Responsibility and Ethics in Washington.

6.        According to U.S. Postal Service records, Defendant received Plaintiff's FOIA request

on February 24, 2016.

7.       By letter dated March 7, 2016, Defendant acknowledged receiving Plaintiff's FOIA

request and assigned it Case Control No. F-2016-01402.

8.       As of the date of this Complaint, Defendant has failed to:  (i) produce the requested

records or demonstrate that the requested records are lawfully exempt from production; (ii) notify

Plaintiff of the scope of any responsive records Defendant intends to produce or withhold and the

reasons for any withholdings; or (iii) inform Plaintiff that it may appeal any adequately specific, adverse

determination.

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

9.       Plaintiff realleges paragraphs 1 through 8 as if fully stated herein.

10.      Plaintiff is being irreparably harmed by reason of Defendant's violation of FOIA, and

Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with FOIA.

11.      To trigger FOIA's administrative exhaustion requirement, Defendant was required to

determine whether to comply with Plaintiff's request within twenty (20) working days of receiving the

request on February 24, 2016.  Accordingly, Defendant's determination was due on or about March 23,

2016.  At a minimum, Defendant was required to: (i) gather and review the requested documents; (ii)

determine and communicate to Plaintiff the scope of any responsive records Defendant intended to

produce or withhold and the reasons for any withholdings; and (iii) inform Plaintiff that it may appeal

any adequately specific, adverse determination.  *See*, *e.g.*, *Citizens for Responsibility and Ethics in

Washington v. Federal Election Commission*, 711 F.3d 180, 188-89 (D.C. Cir. 2013).

12.     Because Defendant failed to determine whether to comply with Plaintiff's request within

the time period required by FOIA, Plaintiff is deemed to have exhausted its administrative appeal

remedies.  5 U.S.C. § 552(a)(6)(C)(i).

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to search for

any and all records responsive to Plaintiff's FOIA request and demonstrate that it employed search

methods reasonably calculated to uncover all records responsive to the request; (2) order Defendant to

produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and a

*Vaughn* index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from

continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant

Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant

to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:  March 28, 2016                                    Respectfully submitted,

                                                          /s/ Michael Bekesha
                                                          Michael Bekesha
                                                          D.C. Bar No. 995749
                                                          JUDICIAL WATCH, INC.
                                                          425 Third Street, S.W., Suite 800
                                                          Washington, DC  20024
                                                          (202) 646-5172

                                                          *Counsel for Plaintiff*